MARTIN M. SPIEGEL, Appellant, v. HANNAH E. SPIEGEL, Respondent.— Order unanimously affirmed in so far as it awards defendant a counsel fee in the sum of $250 and in all other respects reversed, without costs to either party. The custody of the child is to remain with the plaintiff. The right of visitation on the part of the defendant may be provided for in the order to be entered hereon in accordance with the provisions of paragraph 4 of the separation agreement entered into between the parties on September 23, 1936. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of WILLIAM P. EGAN. Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

## (January 25, 1937.)

BRUCK WEISS STORE, INC., Respondent, v. RONALEE, INC., Appellant.— Order unanimously modified by granting motion in so far as to place the action on the day calendar for trial on February 1, 1937, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

## (January 29, 1937.)

ROSE RUBINOWITZ, Appellant, v. BROOKLYN ACADEMY OF MUSIC, Respondent. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Construction of the Last Will and Testament of FRANCIS V. SLATTERY, Deceased. MARGARET HESBURGH, Petitioner-Appellant, and JOHN T. DENNEHY, as Executor of FRANCIS V. SLATTERY, Deceased, Appellant, MARY SLATTERY and JOHN SLATTERY, and ANTHONY J. DAINO and EMIL N. BAAR, as Two of the Executors of FRANCIS V. SLATTERY, Deceased, Respondents.— Decree unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

UNITED STATES OF AMERICA, Appellant, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Successor to the BANK OF MANHATTAN TRUST COMPANY as Agent or Depositary of the NORTHERN INSURANCE COMPANY OF MOSCOW and as Assignee, etc., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LOUIS D. BIERS, Respondent, v. PAUL CAPPOLINO, Defendant, Impleaded with HALSEY T. BURKE, Appellant. MAURICE O. BIRK, Respondent, v. PAUL CAPPOLINO, Defendant, Impleaeed with HALSEY T. BURKE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE S. ULMER & SONS COMPANY, Respondent, v. SAMUEL H. WHITE, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SAMUEL TOUBIN, Appellant, v. LOUIS FISHMAN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.